UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 17, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Maximo Espinal, § § § | |
| Plaintiff, § § | |
| versus § § | Civil Action H-22-1149 |
| City of Houston, Texas, *et al.*, § § § | |
| Defendants. § | |

## Order Denying Recusal

Maximo Espinal has moved for this court's recusal as biased against him under 28 U.S.C. § 455(a). A court must find "whether a reasonable and objective person, knowing all of the facts, would harbor doubts concerning the judge's impartiality."[1] This objective standard relies on the "well-informed, thoughtful, and objective observer, rather than the hypersensitive, cynical, and suspicious person."[2]

Espinal argues recusal is warranted because this court is biased against women and minorities. He says this will prejudice his case because a witness was a woman, and he is Hispanic. Espinal attempts to support his motion with cherry-picked instances that he says shows that this court is biased. The standard is one of an objective observer who *knows all of the facts*. Conveniently selecting instances from this court without giving context nor any mitigating factors is clearly inadequate and screams of a "hypersensitive, cynical, and suspicious person."

Espinal's motion to recuse is denied. (9)

Signed on June __17__, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge

---

[1] *United States v. Jordan*, 49 F.3d 152, 155 (5th Cir. 1995).

[2] *United States v. Brocato*, 4 F.4th 296, 301 (5th Cir. 2021).