```
 1                    UNITED STATES DISTRICT COURT

 2                    SOUTHERN DISTRICT OF TEXAS

 3                         HOUSTON DIVISION

 4   MAXIMO ESPINAL,                      .
                                         .
 5             Plaintiff,                 .
                                         .  Civil Action
 6   VS.                                  .  No. H-22-CV-1149
                                         .
 7   CITY OF HOUSTON, et. al.,            .  Houston, Texas
                                         .  September 26, 2022
 8             Defendants.                .  4:03 p.m.
 9   . . . . . . . . . . . . . . . . . . .

10                    TRANSCRIPT OF PROCEEDINGS

11              BEFORE THE HONORABLE LYNN N. HUGHES

12                          CONFERENCE

13   APPEARANCES:

14   FOR THE PLAINTIFF:

15             Mr. Randall Lee Kallinen
               ATTORNEY AT LAW
16             511 Broadway Street
               Houston, Texas 77012
17             713.320.3785
               attorneykallinen@aol.com
18
     FOR THE DEFENDANTS:
19
               Ms. Morgan Genell Latin
20             Ms. Melissa Azadeh
               CITY OF HOUSTON
21             Legal
               900 Bagby Street
22             4th Floor
               Houston, Texas  77584
23             832.393.6293

24
               PROCEEDINGS RECORDED BY STENOGRAPHIC MEANS,
25       TRANSCRIPT PRODUCED FROM COMPUTER-AIDED TRANSCRIPTION
```

1  COURT REPORTER:

2          GAYLE L. DYE, CSR, RDR, CRR
           515 Rusk, Room 8004
3          Houston, Texas  77002
           713.250.5582
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                         PROCEEDINGS
 2                     September 26, 2022
 3           THE COURT:  I guess I'm not a tough guy.  Half a day
 4  of sending people to prison is -- and Lord knows they earn it,
 5  but that doesn't make it any easier.
 6                         Mr. Kallinen --
 7           MR. KALLINEN:  Yes, your Honor
 8           THE COURT:  -- where do you think Mr. Espinal is in
 9  his preparation, organization, appreciation of the claims?
10           MR. KALLINEN:  Of the what, your Honor?
11           THE COURT:  Well, Mr. Espinal is bound to sit back
12  occasionally and look at all the papers that have been filed and
13  admire his case.
14           MR. KALLINEN:  Yes.  He has been informed of all the
15  facts of his case, yes, your Honor.
16           THE COURT:  As a legally trained man of great
17  experience, there are probably some things that he needs to pin
18  down that he doesn't have the data or the witness themselves.
19               Did he do any of that that you can think of?
20           MR. KALLINEN:  I do not know exactly what -- I believe
21  that the complaint that he recited sets forward that he was
22  arrested for aggravated assault, but he did not -- he did not do
23  any assault.  He did not point a gun at anybody or anything like
24  that.
25           THE COURT:  Apparently, he was working a very night
```

04:03:14
04:03:41
04:03:55
04:04:37
04:05:01

1  shift at his place that, apparently, needed someone to do it.

2  And then, a publicly paid -- when he approached the car the

3  second time, were they in uniform and was it a marked car?

4          MR. KALLINEN:  He could not see the car because it was

04:05:39  5  nighttime, and the lights were pointed right at him, and it was

6  coming towards him rather rapidly.  So, he -- he could not tell

7  whether it was -- what it was because the lights were right in

8  his face.  It was coming straight at him.

9          THE COURT:  And what is his current physical state?

04:06:08  10          MR. KALLINEN:  Physically, he's doing pretty good.

11  After everything that happened to him, though, this man who had

12  never been even arrested in his life gets charged with all this.

13  It's truly upsetting; and of course, unfortunately, those

14  records don't go anywhere, the arrest records; and they're just

04:06:29  15  -- they're still just sitting there in the court records.  And

16  so, it's all just sitting there even though he's had the case

17  dismissed in its entirety.

18          THE COURT:  Well, he's probably missing a little of

19  what we all would claim if we had the chance; and that's not

04:06:56  20  worrying about things and just being able to look at somebody

21  coming down the street and say, "Howdy" and have a new friend.

22          MR. KALLINEN:  Yes, your Honor.  That is -- we would

23  hope that he could get there.  In this particular case --

24          THE COURT:  Does he live in the city?

04:07:23  25          MR. KALLINEN:  Yes, he does, your Honor.


Gayle Dye, CSR, RDR, CRR - 713.250.5582

1          THE COURT:  Ms. Latin -- is that how you pronounce it?

2          MS. LATIN:  Yes, your Honor.

3          THE COURT:  I learned more Latin in one of those

4     junior high school teaser things, and I really liked it.

04:07:55   5          MS. LATIN:  Uh-huh.

6          THE COURT:  And did very well at it, which surprised

7     all my teachers; and then, I took the French one; and I

8     certainly wasn't going to do that.  And so, I took some Spanish

9     because it looked like it was easier; and it is.  But I have --

04:08:22  10     had four friends, and there are only three of them who took lots

11     of Latin growing up.

12          MS. LATIN:  Uh-huh.

13          THE COURT:  One boy was from an intensively rural

14     Catholic part of America, and the others were just getting a

04:08:41  15     very good education sort of.  And they write better than anybody

16     else in my group -- I'll call them that -- because it's part of

17     everything.

18          MS. LATIN:  Uh-huh.  It's the basis of a lot of our

19     vocabulary.

04:09:01  20          THE COURT:  It is.

21              What do you think we're in a position to do next

22     or that you would like to do next?

23          MS. LATIN:  So, at this stage on behalf of the city

24     with the motion to dismiss that is on file along with our reply,

04:09:21  25     we would hope that the Court at this time would be able to rule

1  on it in our favor and be able to dismiss the city's claims as

2  we don't see how Mr. Kallinen has -- or how Plaintiff has

3  provided enough facts to make the argument anymore than

4  conclusory as far as meeting municipal liability under *Monell*.

04:09:44  5         Additionally, as far as the officers based on the

6  motion to dismiss that's on file for the officers in this

7  case --

8         THE COURT:  Would you, please.  Mercifully, there are

9  only three officers here.

04:09:58  10        MS. LATIN:  Yes.

11        THE COURT:  And one of them might be wrong.  So, would

12  you make sure he has the substantively wrong person, not -- the

13  guy wasn't there -- well, if the guy wasn't there, too, that

14  would be fine; but let's see if we can clear up some of that.

04:10:23  15        MS. LATIN:  Yes.  So, based off of what we provided

16  within the motion to dismiss on behalf of Officer Lam and

17  Officer Long, I would hope that it had clarified who was present

18  at what places but if Plaintiff needs more information --

19        THE COURT:  And --

04:10:45  20        MS. LATIN:  -- or the Court needs more information.

21        THE COURT:  No.  I just want you-all to get a little

22  better informed so that you can settle.

23        Now, Ms. Azadeh -- is that how you pronounce it?

24        MS. AZADEH:  Azadeh

04:11:11  25        THE COURT:  -- you got anything on your mind that

1 would be reasonable to do at this point in their case?

2          MS. AZADEH:  Your Honor, I agree that the city's

3 motion is ready for ruling.

4          THE COURT:  All right.  But I want to make sure we got

04:11:28  5 all -- at least, the fundamental facts.  You know, almost nobody

6 knows who was at a police gathering or a painter either.  People

7 don't have giant fields of friends who all happen to do the same

8 thing at the same time in the same place.

9          MS. LATIN:  So, your Honor, if I may, in regard --

04:12:02 10          THE COURT:  You have my permission, but I don't know

11 whether you're able.

12          MS. LATIN:  Yes, your Honor.

13              So, in regards to that point, what the city has

14 provided and what the officers have provided within their

04:12:17 15 motions to dismiss show that there was probable cause for

16 Plaintiff's arrest; therefore, regardless of who or which

17 officers were present, the basis of what Plaintiff has presented

18 as a constitutional violation would not stand.

19          THE COURT:  All right.  I see -- if I understand what

04:12:45 20 you told me, there were four officers out there; and two of them

21 violated the constitution?

22          MS. LATIN:  No, your Honor.

23          THE COURT:  Okay.

24          MS. LATIN:  No.  No, not at all.  What I am saying is

04:13:04 25 that the officers who have filed a motion to dismiss along with

1  any officers -- any other officers that were present would have

2  -- would not have violated Plaintiff's constitutional rights

3  because the basis of his claim is that he was arrested without

4  probable cause and because probable cause existed for the arrest

04:13:25  5  that regardless of the specific names of the officers that were

6  present, none of the officers that were present would have

7  violated Plaintiff's constitutional rights.

8          THE COURT:  Why are you certain they wouldn't?

9          MS. LATIN:  So, in order for Plaintiff to bring a

04:13:44  10  claim for false arrest, he would have to show that he was

11  arrested without probable cause.  The facts of -- that Plaintiff

12  presented within his own pleadings support that probable cause

13  existed for, at least, the aggravated assault that Plaintiff was

14  arrested for but, also, for unauthorized use of a firearm.

04:14:05  15          So, taking that into account, what we are saying

16  is that because Plaintiff's rights were not violated, then there

17  is no claim that would stand.

18          THE COURT:  Was there any shooting?

19          MS. LATIN:  No, your Honor.

04:14:28  20          THE COURT:  Ms. Azadeh, are you local?

21          MS. AZADEH:  Yes, your Honor.

22          THE COURT:  So, you understand about Texans and their

23  guns?

24          MS. AZADEH:  Yes.  Perfect.

04:14:55  25          THE COURT:  Mr. Kallinen --

Gayle Dye, CSR, RDR, CRR - 713.250.5582

1          MR. KALLINEN:  Yes, your Honor.

2          THE COURT:  -- did you respond to -- have you

3     responded to the city's response to your response to the

4     incident?

04:15:05    5          MR. KALLINEN:  I have filed a response to their

6     motions to dismiss, your Honor, yes, I have, both the city's and

7     the individual officers.

8               Wait a second.  The city.  But I don't know if

9     the individual officers have yet.

04:15:19   10               I think you just filed them not too long ago,

11    right?  Or did you file them?

12         MS. LATIN:  Yes.  So, the motion to dismiss on behalf

13    of the officers was filed --

14         MR. KALLINEN:  Just a week ago or so?

04:15:32   15         MS. LATIN:  A little over a week.

16         THE COURT:  Well, it's different from the city.

17         MR. KALLINEN:  Yeah.

18         MS. LATIN:  Yes.  On behalf of the officers, the

19    motion to dismiss was filed on September 16th.

04:15:42   20         MR. KALLINEN:  So, we will be filing within the time

21    period, your Honor, which will be next week, I guess.  Next

22    week, we'll be filing that response in a timely fashion; but we

23    have answered for the city, your Honor.

24               And we believe -- the Plaintiff believes that

04:15:57   25    based upon the facts of a pattern and practice, their -- the

1  complaint is rather lengthy because he has -- the Plaintiff has

2  taken a bunch of examples -- many examples of previous excessive

3  force and false arrest instances, mostly excessive -- I mean,

4  excuse me, false arrest instances.

04:16:27  5           And so, we believe that we can meet the criteria,

6  at least, at this stage, the motion-to-dismiss stage, because it

7  is very -- I know this Court likes to, you know, just get rid of

8  bad -- bad -- I don't know if you want to call it bad meat or

9  whatever.  But I think --

04:16:47  10          THE COURT:  I like to inspire them to move.

11          MS. LATIN:  Judicial efficiency.

12          MR. KALLINEN:  Yes.

13          I think at this lawsuit -- at this stage, we

14  would like to, you know, develop our case because --

04:17:03  15          THE COURT:  We've got to figure out who's in and who's

16  out on an absolute term.

17          MR. KALLINEN:  We would like to find out who that one

18  officer was who -- we described the officer.

19          Now, we haven't gotten any documents from

04:17:16  20  you-all.  I think your position is you don't get any documents

21  yet.  I don't think we even got the police report.

22          THE COURT:  They'll get them done.

23          MR. KALLINEN:  Yeah.

24          So, on the -- so, for right now for the city,

04:17:32  25  which is the only ripe motion to dismiss, we have alleged quite

1     a few other instances as well as training and, also, although

2     it's disfavored, ratification.  I still like ratification

3     because our -- my -- the Plaintiff after the -- after he was

4     falsely arrested and he made a complaint to the city, they

**04:18:00**  5     wholly ignored him.

6           So -- so, in other words, although the case

7     against him was dismissed, the city did not discipline any

8     officer to -- that we know about in this case.  So, that's a

9     form of ratification, as well as the pattern and practice

**04:18:19** 10    evidence.

11          So, at this point, the motion-to-dismiss stage,

12    we would respectfully request that the motion to dismiss for the

13    city for now be denied; and maybe later on on a motion to -- for

14    summary judgment, then we can address more -- you know, get the

**04:18:35** 15    facts.

16          THE COURT:  Yes, ma'am.

17          MS. LATIN:  So, your Honor, in regards to what

18    Plaintiff is referring to, the city still stands on the -- on

19    the belief they saw the facts in the pleadings, based on our

**04:19:01** 20    motion, that Plaintiff has not met the burden to overcome a

21    12(b)(6) motion to dismiss.  It's -- it's very conclusory.

22          The pattern and practice that Plaintiff is

23    referring to are a list of events that he included within his

24    amended complaint that all -- almost all relate to excessive

**04:19:21** 25    force.  Based on those incidences, it does not meet the

1  requirements of numerosity, specificity, or similarity in

2  records to being able to prove a pattern or practice, not even

3  for the motion-to-dismiss stage.

4           Additionally, as far as the ratification claim --

04:19:42  5  well, I'll start first with the failure-to-train claim.  In

6  regards to the failure-to-train claim, the failure to train is

7  subsequent to a custom, policy, or practice of false arrest or

8  malicious prosecution.  If Plaintiff has not met the ability to

9  say that there's a custom, pattern, policy, or any such

04:19:59  10  regarding false arrest or malicious prosecution, then moving to

11  the failure to train would not have logically taken place in

12  this specific incident.

13           Additionally, Plaintiff has not been able to show

14  what's necessary for a failure-to-train claim because he has not

04:20:17  15  shown that there was any deliberate indifference on the part of

16  the city.  And also, in order to show that deliberate

17  indifference, he would, again, have to be able to show that

18  there was a pattern or practice, which, again, just based off of

19  the pleadings alone, Plaintiff has not been able to show.

04:20:44  20       THE COURT:  I would suspect being as large as Houston

21  is and as frequently as its residents do peculiar things and

22  some frequency of employees doing a little funny business, but

23  we got to have facts.

24           For instance, I believe Mr. Kallinen should

04:21:25  25  furnish the city with -- Mr. Espinal should produce his drug

1   records, PA records, and similar things going back 20, 25 years.

2            MS. LATIN:  So, your Honor, in regards to continuing

3   discovery and providing additional facts, the city would like to

4   bring to the Court's attention the case *Carswell v. Camp* that

04:21:57   5   was just decided recently in the Fifth Circuit which does state

6   that the Supreme Court has now made clear that a plaintiff

7   asserting constitutional claims against an officer must survive

8   the motion to dismiss and the qualified-immunity defense without

9   any discovery.

04:22:12   10           And being that the officers in this case have

11   raised qualified immunity within their motion to dismiss, the

12   city also would -- the city and the officers also would

13   encourage the Court to not allow any additional discovery to

14   continue until we're able to have --

04:22:31   15           THE COURT:  I wasn't allowing it.  I was going to tell

16   him to give it to you so you're better informed.

17           MR. KALLINEN:  Your Honor, of course, governments

18   don't have qualified immunity, only individuals do.  And

19   regarding *Carswell v. Camp*, it is a relatively new case, which,

04:22:52   20   by the way, I have submitted an amicus curiae for as the Court

21   is considering whether to grant en banc review because it's a

22   very interesting case which is the first one -- the first

23   decision like this in the whole United States.

24           Basically, it was a great expansion of qualified

04:23:15   25   immunity; and so -- and the en banc -- so, they're thinking

Gayle Dye, CSR, RDR, CRR - 713.250.5582

1    about it.  Usually, if the -- you know, if they're not

2    considering en banc, they usually, you know, get rid of it in a

3    couple of days; but they've been considering it for, like, a

4    month, whether to grant en banc review on that case, *Carswell v.*

04:23:35   5    *Camp*.

6           THE COURT:  There was one maybe a month ago where I

7    think there were four or five opinions, and they must like

8    opinions.

9           MR. KALLINEN:  This one could be -- *Carswell v. Camp*

04:23:51  10    could be another one because they've been sitting on it for,

11    like, over a month thinking about whether to grant en banc.  And

12    usually, they get rid of it, like, at the snap of a finger.  So,

13    they're thinking about it.

14                Oh, and they asked for the other side to brief

04:24:03  15    it.  So, that shows they're interested.  They've asked for

16    briefing.

17           THE COURT:  Have you responded to the city's and

18    related people, to their -- to their motion to --

19           MR. KALLINEN:  On the individuals, no.  But it is due

04:24:27  20    in about ten days or so, and we will timely respond to the

21    individual officer's motion to dismiss, Lam and Long; and we did

22    respond, of course, to the city's motion to dismiss.  Yes, we

23    did.

24                However, like I say, it was a motion to dismiss.

04:24:41  25    We haven't got any discovery yet.  So, we would -- we think --

1        THE COURT:  You don't get discovery just because you

2 filed the claim.  The book that tells you how to do it says very

3 clearly after a full investigation and a few other things like

4 that.  It's not their job to show you where the bodies are

04:25:06    5 buried.

6        MR. KALLINEN:  And your Honor, unfortunately, the

7 Texas Open Records Act is about one of the weakest laws you can

8 ever imagine.  They even have an exception called the litigation

9 exception.  So, if they think you're going to litigate, say,

04:25:21   10 okay, you're going to litigate so you don't get anything; and of

11 course, if a lawyer asks like me, that's enough for them to go

12 home.  Well, you're a lawyer.  Litigation exception, you don't

13 get anything.

14        THE COURT:  Have you ever tried to make the Open

04:25:36   15 Records Act a reality in Washington DC?

16        MR. KALLINEN:  No.  But it should be expanded

17 everywhere.  That's what I say.

18        THE COURT:  Actually, I succeeded at one.

19        MR. KALLINEN:  A FOIA request?

04:25:53   20        THE COURT:  No.  Archeologist, really.

21        MS. LATIN:  Your Honor, we do hear Plaintiff's

22 concerns; however, regarding discovery and his ability --

23 Plaintiff's ability to be able to find information, still on the

24 criminal side of things, being that there was a criminal case in

04:26:13   25 this proceeding, the Michael Morton Act is incredibly strong for

Gayle Dye, CSR, RDR, CRR - 713.250.5582

1  Plaintiff to be able to still find the information that would be
2  needed for him to continue to try and create a claim that could
3  withstand the motion to dismiss.

4          But again, the city still would like to draw the
5  Court's attention to the fact that the pleadings on its face,
6  not only do they not support the claims that Plaintiff is
7  asserting against even just the City of Houston alone but, also,
8  that they more so negate that there is a claim here that
9  Plaintiff could bring against the city or the officers.

10         Even taking just the city alone, not only does
11 the Plaintiff -- not only does Plaintiff have to be able to show
12 that there are actions attributable to the city that caused the
13 constitutional violation -- he has not been able to do any of
14 those things, not show an action that's attributable to the
15 city, nor that there was a constitutional violation.

16         So, being that he has not alleged that there was
17 any action on behalf of the city itself that contributed to any
18 constitutional violation, we do not see how Plaintiff can
19 overcome the motion to dismiss.

20         THE COURT:  And you've written me a nice letter about
21 that.

22         MS. LATIN:  Yes, your Honor.

23         THE COURT:  And you're going to supplement it on your
24 response to whatever he said about the officers.

25         MS. LATIN:  For the officers, yes.  For the city,

1  however, we filed our motion.  Plaintiff has responded, and

2  we've also filed a reply on behalf of the city.

3          THE COURT:  That looks like you're ready.  If I reach

4  some place that I think ought to be considered, I'll guess

04:28:14  5  money.

6                      She just killed my table.

7          MS. AZADEH:  Sorry, your Honor.

8          MS. LATIN:  And then, tried to play it off.

9          THE COURT:  Mr. Kallinen, I've got a case for you.

04:28:29  10         MR. KALLINEN:  Damage of government property.

11         THE COURT:  Well, sometimes pencils and pens don't do

12  what you like them to do; and she left out the cursing and a few

13  other things very nicely.

14                      All right.  So, what did you say, two more weeks;

04:28:48  15  and then, I'll start reading?

16         MR. KALLINEN:  Yes, your Honor.  And then, you can

17  read the whole thing at once rather than piecemeal it.

18         THE COURT:  Okay.  But no harassing in the meantime.

19         MR. KALLINEN:  I won't.

04:29:06  20         THE COURT:  Let them get their rest because they're

21  going to need it when you really get organized.

22                      All right.  Anything else?

23         MS. LATIN:  At this time, no, for the city.

24         THE COURT:  Ma'am, anything else?

04:29:22  25         MS. AZADEH:  No.  Thank you, your Honor.

1          MR. KALLINEN:  Nothing from Plaintiff, your Honor.

2          THE COURT:  All right.  And I'm very sorry about

3    keeping you, but it's a slow process.  When I was here in the

4    eighties, you could justly and thoughtfully go through the

04:29:48    5    information you needed in 15 minutes; and somebody else hadn't

6    already made a rule up about what kind of sentence they're

7    supposed to get if you just count their age and education and a

8    few things like that; and then, they gave you two charts.

9          At the bottom, it was a chart about how

04:30:17   10    frequently do judges from this district sentence whatever they

11    sentence; and so, you end up with a curve; and then, what's the

12    aggregate against all roughly similar districts and give you

13    everything you needed to know because the answers aren't there.

14    They're around here somewhere and you just --

04:30:50   15          But now, do you see I had four people up here?

16    And one of them is new, which is fine; but some of them are

17    old-timers.

18          All right, counsel.  Thank you.

19          MR. KALLINEN:  Thank you, your Honor.

04:31:11   20          MS. LATIN:  Thank you.  Thank you for your time.

21          MR. KALLINEN:  Good night.

22          MS. AZADEH:  Thank you, your Honor.

23       (Proceedings concluded at 4:31 p.m.)

24

25

Gayle Dye, CSR, RDR, CRR - 713.250.5582

1               C E R T I F I C A T E

2

3        I certify that the foregoing is a correct transcript

4   from the record of proceedings in the above-entitled matter, to

5   the best of my ability.

6

7   By: /s/*Gayle L Dye*                    *03-14-2023*

8           Gayle L. Dye, CSR, RDR, CRR         Date

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

**/s/Gayle** [1] - 19:7

## 0

**03-14-2023** [1] - 19:7

## 1

**12(b)(6** [1] - 11:21
**15** [1] - 18:5
**16th** [1] - 9:19

## 2

**20** [1] - 13:1
**2022** [2] - 1:7, 3:2
**25** [1] - 13:1
**26** [2] - 1:7, 3:2

## 4

**4:03** [1] - 1:8
**4:31** [1] - 18:23
**4th** [1] - 1:22

## 5

**511** [1] - 1:16
**515** [1] - 2:2

## 7

**713.250.5582** [1] - 2:3
**713.320.3785** [1] - 1:17
**77002** [1] - 2:3
**77012** [1] - 1:16
**77584** [1] - 1:22

## 8

**8004** [1] - 2:2
**832.393.6293** [1] - 1:23

## 9

**900** [1] - 1:21

## A

**ability** [4] - 12:8, 15:22, 15:23, 19:5
**able** [13] - 4:20, 5:25, 6:1, 7:11, 12:2, 12:13, 12:17, 12:19, 13:14, 15:23, 16:1, 16:11, 16:13
**above-entitled** [1] - 19:4
**absolute** [1] - 10:16
**account** [1] - 8:15
**act** [3] - 15:7, 15:15, 15:25
**action** [2] - 16:14, 16:17
**Action** [1] - 1:5
**actions** [1] - 16:12
**additional** [2] - 13:3, 13:13
**additionally** [3] - 6:5, 12:4, 12:13
**address** [1] - 11:14
**admire** [1] - 3:13
**age** [1] - 18:7
**aggravated** [2] - 3:22, 8:13
**aggregate** [1] - 18:12
**ago** [3] - 9:10, 9:14, 14:6
**agree** [1] - 7:2
**AIDED** [1] - 1:25
**al** [1] - 1:7
**alleged** [2] - 10:25, 16:16
**allow** [1] - 13:13
**allowing** [1] - 13:15
**almost** [2] - 7:5, 11:24
**alone** [3] - 12:19, 16:7, 16:10
**amended** [1] - 11:24
**America** [1] - 5:14
**amicus** [1] - 13:20
**answered** [1] - 9:23
**answers** [1] - 18:13
**APPEARANCES** [1] - 1:13
**appreciation** [1] - 3:9
**approached** [1] - 4:2
**archeologist** [1] - 15:20
**argument** [1] - 6:3
**arrest** [8] - 4:14, 7:16, 8:4, 8:10, 10:3, 10:4, 12:7, 12:10
**arrested** [6] - 3:22, 4:12, 8:3, 8:11, 8:14, 11:4
**assault** [3] - 3:22, 3:23, 8:13
**asserting** [2] - 13:7, 16:7
**AT** [1] - 1:15
**attention** [2] - 13:4, 16:5
**ATTORNEY** [1] - 1:15
**attorneykallinen@aol.com** [1] - 1:17
**attributable** [2] - 16:12, 16:14
**AZADEH** [7] - 6:24, 7:2, 8:21, 8:24, 17:7, 17:25, 18:22
**Azadeh** [4] - 1:20, 6:23, 6:24, 8:20

## B

**bad** [3] - 10:8
**Bagby** [1] - 1:21
**banc** [5] - 13:21, 13:25, 14:2, 14:4, 14:11
**based** [6] - 6:5, 6:15, 9:25, 11:19, 11:25, 12:18
**basis** [3] - 5:18, 7:17, 8:3
**BEFORE** [1] - 1:11
**behalf** [6] - 5:23, 6:16, 9:12, 9:18, 16:17, 17:2
**belief** [1] - 11:19
**believes** [1] - 9:24
**best** [1] - 19:5
**better** [3] - 5:15, 6:22, 13:16
**bodies** [1] - 15:4
**book** [1] - 15:2
**bottom** [1] - 18:9
**bound** [1] - 3:11
**boy** [1] - 5:13
**brief** [1] - 14:14
**briefing** [1] - 14:16
**bring** [3] - 8:9, 13:4, 16:9
**Broadway** [1] - 1:16
**bunch** [1] - 10:2
**burden** [1] - 11:20
**buried** [1] - 15:5
**business** [1] - 12:22
**BY** [1] - 1:24

## C

**camp** [4] - 13:4, 13:19, 14:5, 14:9
**car** [3] - 4:2, 4:3, 4:4
**carswell** [4] - 13:4, 13:19, 14:4, 14:9
**case** [16] - 3:13, 3:15, 4:16, 4:23, 6:7, 7:1, 10:14, 11:6, 11:8, 13:4, 13:10, 13:19, 13:22, 14:4, 15:24, 17:9
**Catholic** [1] - 5:14
**caused** [1] - 16:12
**certain** [1] - 8:8
**certainly** [1] - 5:8
**certify** [1] - 19:3
**chance** [1] - 4:19
**charged** [1] - 4:12
**chart** [1] - 18:9
**charts** [1] - 18:8
**Circuit** [1] - 13:5
**CITY** [2] - 1:7, 1:20
**city** [26] - 4:24, 5:23, 7:13, 9:8, 9:16, 9:23, 10:24, 11:4, 11:7, 11:13, 11:18, 12:16, 12:25, 13:3, 13:12, 16:4, 16:7, 16:9, 16:10, 16:12, 16:15, 16:17, 16:25, 17:2, 17:23
**city's** [6] - 6:1, 7:2, 9:3, 9:6, 14:17, 14:22
**Civil** [1] - 1:5
**claim** [11] - 4:19, 8:3, 8:10, 8:17, 12:4, 12:5, 12:6, 12:14, 15:2, 16:2, 16:8
**claims** [4] - 3:9, 6:1, 13:7, 16:6
**clarified** [1] - 6:17
**clear** [2] - 6:14, 13:6
**clearly** [1] - 15:3
**coming** [3] - 4:6, 4:8, 4:21
**complaint** [5] - 3:21, 10:1, 11:4, 11:24
**COMPUTER** [1] - 1:25
**COMPUTER-AIDED** [1] - 1:25
**concerns** [1] - 15:22
**concluded** [1] - 18:23
**conclusory** [2] - 6:4, 11:21
**cONFERENCE** [1] - 1:12
**considered** [1] - 17:4
**considering** [3] - 13:21, 14:2, 14:3
**constitution** [1] - 7:21
**constitutional** [7] - 7:18, 8:2, 8:7, 13:7,

16:13, 16:15, 16:18
**continue** [2] - 13:14, 16:2
**continuing** [1] - 13:2
**contributed** [1] - 16:17
**correct** [1] - 19:3
**counsel** [1] - 18:18
**count** [1] - 18:7
**couple** [1] - 14:3
**course** [4] - 4:13, 13:17, 14:22, 15:11
**Court** [5] - 5:25, 6:20, 10:7, 13:6, 13:13
**COURT** [52] - 1:1, 2:1, 3:3, 3:8, 3:11, 3:16, 3:25, 4:9, 4:18, 4:24, 5:1, 5:3, 5:6, 5:13, 5:20, 6:8, 6:11, 6:19, 6:21, 6:25, 7:4, 7:10, 7:19, 7:23, 8:8, 8:18, 8:20, 8:22, 8:25, 9:2, 9:16, 10:10, 10:15, 10:22, 11:16, 12:20, 13:15, 14:6, 14:17, 15:1, 15:14, 15:18, 15:20, 16:20, 16:23, 17:3, 17:9, 17:11, 17:18, 17:20, 17:24, 18:2
**court** [2] - 4:15, 13:20
**Court's** [2] - 13:4, 16:5
**create** [1] - 16:2
**criminal** [2] - 15:24
**criteria** [1] - 10:5
**CRR** [2] - 2:2, 19:8
**CSR** [2] - 2:2, 19:8
**curiae** [1] - 13:20
**current** [1] - 4:9
**cursing** [1] - 17:12
**curve** [1] - 18:11
**custom** [2] - 12:7, 12:9

### D

**damage** [1] - 17:10
**data** [1] - 3:18
**Date** [1] - 19:8
**days** [2] - 14:3, 14:20
**DC** [1] - 15:15
**decided** [1] - 13:5
**decision** [1] - 13:23
**Defendants** [1] - 1:8
**DEFENDANTS** [1] - 1:18
**defense** [1] - 13:8
**deliberate** [2] - 12:15, 12:16
**denied** [1] - 11:13
**described** [1] - 10:18
**develop** [1] - 10:14
**different** [1] - 9:16
**discipline** [1] - 11:7
**discovery** [6] - 13:3, 13:9, 13:13, 14:25, 15:1, 15:22
**disfavored** [1] - 11:2
**dismiss** [22] - 5:24, 6:1, 6:6, 6:16, 7:15, 7:25, 9:6, 9:12, 9:19, 10:6, 10:25, 11:11, 11:12, 11:21, 12:3, 13:8, 13:11, 14:21, 14:22, 14:24, 16:3, 16:19
**dismissed** [2] - 4:17, 11:7
**district** [1] - 18:10

**DISTRICT** [2] - 1:1, 1:2
**districts** [1] - 18:12
**DIVISION** [1] - 1:3
**documents** [2] - 10:19, 10:20
**done** [1] - 10:22
**down** [2] - 3:18, 4:21
**draw** [1] - 16:4
**drug** [1] - 12:25
**due** [1] - 14:19
**Dye** [2] - 19:7, 19:8
**DYE** [1] - 2:2

### E

**earn** [1] - 3:4
**easier** [2] - 3:5, 5:9
**education** [2] - 5:15, 18:7
**efficiency** [1] - 10:11
**eighties** [1] - 18:4
**either** [1] - 7:6
**employees** [1] - 12:22
**en** [5] - 13:21, 13:25, 14:2, 14:4, 14:11
**encourage** [1] - 13:13
**end** [1] - 18:11
**entirety** [1] - 4:17
**entitled** [1] - 19:4
**Espinal** [3] - 3:8, 3:11, 12:25
**ESPINAL** [1] - 1:4
**et** [1] - 1:7
**events** [1] - 11:23
**everywhere** [1] - 15:17
**evidence** [1] - 11:10
**exactly** [1] - 3:20
**examples** [1] - 10:2
**exception** [3] - 15:8, 15:9, 15:12
**excessive** [3] - 10:2, 10:3, 11:24
**excuse** [1] - 10:4
**existed** [2] - 8:4, 8:13
**expanded** [1] - 15:16
**expansion** [1] - 13:24
**experience** [1] - 3:17

### F

**face** [2] - 4:8, 16:5
**fact** [1] - 16:5
**facts** [9] - 3:15, 6:3, 7:5, 8:11, 9:25, 11:15, 11:19, 12:23, 13:3
**failure** [5] - 12:5, 12:6, 12:11, 12:14
**failure-to-train** [3] - 12:5, 12:6, 12:14
**false** [5] - 8:10, 10:3, 10:4, 12:7, 12:10
**falsely** [1] - 11:4
**far** [3] - 6:4, 6:5, 12:4
**fashion** [1] - 9:22
**favor** [1] - 6:1
**few** [4] - 11:1, 15:3, 17:12, 18:8
**fields** [1] - 7:7
**Fifth** [1] - 13:5
**figure** [1] - 10:15

**file** [3] - 5:24, 6:6, 9:11
**filed** [9] - 3:12, 7:25, 9:5, 9:10, 9:13, 9:19, 15:2, 17:1, 17:2
**filing** [2] - 9:20, 9:22
**fine** [2] - 6:14, 18:16
**finger** [1] - 14:12
**firearm** [1] - 8:14
**first** [3] - 12:5, 13:22
**five** [1] - 14:7
**Floor** [1] - 1:22
**FOIA** [1] - 15:19
**FOR** [1] - 1:14, 1:18
**force** [2] - 10:3, 11:25
**foregoing** [1] - 19:3
**form** [1] - 11:9
**forward** [1] - 3:21
**four** [4] - 5:10, 7:20, 14:7, 18:15
**French** [1] - 5:7
**frequency** [1] - 12:22
**frequently** [2] - 12:21, 18:10
**friend** [1] - 4:21
**friends** [2] - 5:10, 7:7
**FROM** [1] - 1:25
**full** [1] - 15:3
**fundamental** [1] - 7:5
**funny** [1] - 12:22
**furnish** [1] - 12:25

### G

**gathering** [1] - 7:6
**Gayle** [1] - 19:8
**GAYLE** [1] - 2:2
**Genell** [1] - 1:19
**giant** [1] - 7:7
**government** [1] - 17:10
**governments** [1] - 13:17
**grant** [3] - 13:21, 14:4, 14:11
**great** [2] - 3:16, 13:24
**group** [1] - 5:16
**growing** [1] - 5:11
**guess** [3] - 3:3, 9:21, 17:4
**gun** [1] - 3:23
**guns** [1] - 8:23
**guy** [3] - 3:3, 6:13

### H

**H-22-CV-1149** [1] - 1:6
**half** [1] - 3:3
**harassing** [1] - 17:18
**hear** [1] - 15:21
**high** [1] - 5:4
**home** [1] - 15:12
**Honor** [28] - 3:7, 3:10, 3:15, 4:22, 4:25, 5:2, 7:2, 7:9, 7:12, 7:22, 8:19, 8:21, 9:1, 9:6, 9:21, 9:23, 11:17, 13:2, 13:17, 15:6, 15:21, 16:22, 17:7, 17:16, 17:25, 18:1, 18:19, 18:22

**HONORABLE** [1] - 1:11
**hope** [3] - 4:23, 5:25, 6:17
**HOUSTON** [3] - 1:3, 1:7, 1:20
**Houston** [6] - 1:7, 1:16, 1:22, 2:3, 12:20, 16:7
**Howdy** [1] - 4:21
**HUGHES** [1] - 1:11

## I

**ignored** [1] - 11:5
**imagine** [1] - 15:8
**immunity** [4] - 13:8, 13:11, 13:18, 13:25
**incidences** [1] - 11:25
**incident** [2] - 9:4, 12:12
**included** [1] - 11:23
**incredibly** [1] - 15:25
**indifference** [2] - 12:15, 12:17
**individual** [3] - 9:7, 9:9, 14:21
**individuals** [2] - 13:18, 14:19
**information** [5] - 6:18, 6:20, 15:23, 16:1, 18:5
**informed** [3] - 3:14, 6:22, 13:16
**inspire** [1] - 10:10
**instance** [1] - 12:24
**instances** [3] - 10:3, 10:4, 11:1
**intensively** [1] - 5:13
**interested** [1] - 14:15
**interesting** [1] - 13:22
**investigation** [1] - 15:3
**itself** [1] - 16:17

## J

**job** [1] - 15:4
**judges** [1] - 18:10
**judgment** [1] - 11:14
**judicial** [1] - 10:11
**junior** [1] - 5:4
**justly** [1] - 18:4

## K

**Kallinen** [6] - 1:15, 3:6, 6:2, 8:25, 12:24, 17:9
**KALLINEN** [28] - 3:7, 3:10, 3:14, 3:20, 4:4, 4:10, 4:22, 4:25, 9:1, 9:5, 9:14, 9:17, 9:20, 10:12, 10:17, 10:23, 13:17, 14:9, 14:19, 15:6, 15:16, 15:19, 17:10, 17:16, 17:19, 18:1, 18:19, 18:21
**keeping** [1] - 18:3
**killed** [1] - 17:6
**kind** [1] - 18:6
**knows** [2] - 3:4, 7:6

## L

**lam** [2] - 6:16, 14:21
**large** [1] - 12:20
**LATIN** [26] - 5:2, 5:5, 5:12, 5:18, 5:23,

6:10, 6:15, 6:20, 7:9, 7:12, 7:22, 7:24, 8:9, 8:19, 9:12, 9:15, 9:18, 10:11, 11:17, 13:2, 15:21, 16:22, 16:25, 17:8, 17:23, 18:20
**Latin** [4] - 1:19, 5:1, 5:3, 5:11
**LAW** [1] - 1:15
**laws** [1] - 15:7
**lawsuit** [1] - 10:13
**lawyer** [2] - 15:11, 15:12
**learned** [1] - 5:3
**least** [3] - 7:5, 8:13, 10:6
**Lee** [1] - 1:15
**left** [1] - 17:12
**Legal** [1] - 1:21
**legally** [1] - 3:16
**lengthy** [1] - 10:1
**letter** [1] - 16:20
**liability** [1] - 6:4
**life** [1] - 4:12
**lights** [2] - 4:5, 4:7
**list** [1] - 11:23
**litigate** [2] - 15:9, 15:10
**litigation** [2] - 15:8, 15:12
**live** [1] - 4:24
**local** [1] - 8:20
**logically** [1] - 12:11
**look** [2] - 3:12, 4:20
**looked** [1] - 5:9
**looks** [1] - 17:3
**Lord** [1] - 3:4
**LYNN** [1] - 1:11

## M

**ma'am** [2] - 11:16, 17:24
**malicious** [2] - 12:8, 12:10
**man** [2] - 3:16, 4:11
**marked** [1] - 4:3
**matter** [1] - 19:4
**MAXIMO** [1] - 1:4
**mean** [1] - 10:3
**MEANS** [1] - 1:24
**meantime** [1] - 17:18
**meat** [1] - 10:8
**meet** [2] - 10:5, 11:25
**meeting** [1] - 6:4
**Melissa** [1] - 1:20
**mercifully** [1] - 6:8
**met** [2] - 11:20, 12:8
**michael** [1] - 15:25
**might** [1] - 6:11
**mind** [1] - 6:25
**minutes** [1] - 18:5
**missing** [1] - 4:18
**Monell** [1] - 6:4
**money** [1] - 17:5
**month** [3] - 14:4, 14:6, 14:11
**Morgan** [1] - 1:19
**morton** [1] - 15:25

**mostly** [1] - 10:3
**motion** [24] - 5:24, 6:6, 6:16, 7:3, 7:25, 9:12, 9:19, 10:6, 10:25, 11:11, 11:12, 11:13, 11:20, 11:21, 12:3, 13:8, 13:11, 14:18, 14:21, 14:22, 14:24, 16:3, 16:19, 17:1
**motion-to-dismiss** [3] - 10:6, 11:11, 12:3
**motions** [2] - 7:15, 9:6
**move** [1] - 10:10
**moving** [1] - 12:10
**MR** [28] - 3:7, 3:10, 3:14, 3:20, 4:4, 4:10, 4:22, 4:25, 9:1, 9:5, 9:14, 9:17, 9:20, 10:12, 10:17, 10:23, 13:17, 14:9, 14:19, 15:6, 15:16, 15:19, 17:10, 17:16, 17:19, 18:1, 18:19, 18:21
**MS** [33] - 5:2, 5:5, 5:12, 5:18, 5:23, 6:10, 6:15, 6:20, 6:24, 7:2, 7:9, 7:12, 7:22, 7:24, 8:9, 8:19, 8:21, 8:24, 9:12, 9:15, 9:18, 10:11, 11:17, 13:2, 15:21, 16:22, 16:25, 17:7, 17:8, 17:23, 17:25, 18:20, 18:22
**municipal** [1] - 6:4
**must** [2] - 13:7, 14:7

## N

**names** [1] - 8:5
**necessary** [1] - 12:14
**need** [1] - 17:21
**needed** [4] - 4:1, 16:2, 18:5, 18:13
**needs** [3] - 3:17, 6:18, 6:20
**negate** [1] - 16:8
**never** [1] - 4:12
**new** [3] - 4:21, 13:19, 18:16
**next** [4] - 5:21, 5:22, 9:21
**nice** [1] - 16:20
**nicely** [1] - 17:13
**night** [2] - 3:25, 18:21
**nighttime** [1] - 4:5
**nobody** [1] - 7:5
**none** [1] - 8:6
**nothing** [1] - 18:1
**numerosity** [1] - 12:1

## O

**occasionally** [1] - 3:12
**OF** [4] - 1:2, 1:7, 1:10, 1:20
**officer** [6] - 6:16, 6:17, 10:18, 11:8, 13:7
**officer's** [1] - 14:21
**officers** [20] - 6:5, 6:6, 6:9, 7:14, 7:17, 7:20, 7:25, 8:1, 8:5, 8:6, 9:7, 9:9, 9:13, 9:18, 13:10, 13:12, 16:9, 16:24, 16:25
**old** [1] - 18:17
**old-timers** [1] - 18:17
**once** [1] - 17:17
**one** [12] - 5:3, 5:7, 5:13, 6:11, 10:17, 13:22, 14:6, 14:9, 14:10, 15:7, 15:18, 18:16

**open** [2] - 15:7, 15:14
**opinions** [2] - 14:7, 14:8
**order** [2] - 8:9, 12:16
**organization** [1] - 3:9
**organized** [1] - 17:21
**ought** [1] - 17:4
**overcome** [2] - 11:20, 16:19
**own** [1] - 8:12

**P**

**p.m** [2] - 1:8, 18:23
**PA** [1] - 13:1
**paid** [1] - 4:2
**painter** [1] - 7:6
**papers** [1] - 3:12
**part** [3] - 5:14, 5:16, 12:15
**particular** [1] - 4:23
**pattern** [6] - 9:25, 11:9, 11:22, 12:2, 12:9, 12:18
**peculiar** [1] - 12:21
**pencils** [1] - 17:11
**pens** [1] - 17:11
**people** [4] - 3:4, 7:6, 14:18, 18:15
**perfect** [1] - 8:24
**period** [1] - 9:21
**permission** [1] - 7:10
**person** [1] - 6:12
**physical** [1] - 4:9
**physically** [1] - 4:10
**piecemeal** [1] - 17:17
**pin** [1] - 3:17
**place** [4] - 4:1, 7:8, 12:11, 17:4
**places** [1] - 6:18
**plaintiff** [1] - 13:6
**Plaintiff** [24] - 1:5, 6:2, 6:18, 7:17, 8:9, 8:11, 8:13, 9:24, 10:1, 11:3, 11:18, 11:20, 11:22, 12:8, 12:13, 12:19, 16:1, 16:6, 16:9, 16:11, 16:18, 17:1, 18:1
**PLAINTIFF** [1] - 1:14
**Plaintiff's** [6] - 7:16, 8:2, 8:7, 8:16, 15:21, 15:23
**play** [1] - 17:8
**pleadings** [4] - 8:12, 11:19, 12:19, 16:5
**point** [4] - 3:23, 7:1, 7:13, 11:11
**pointed** [1] - 4:5
**police** [2] - 7:6, 10:21
**policy** [2] - 12:7, 12:9
**position** [2] - 5:21, 10:20
**practice** [6] - 9:25, 11:9, 11:22, 12:2, 12:7, 12:18
**preparation** [1] - 3:9
**present** [5] - 6:17, 7:17, 8:1, 8:6
**presented** [2] - 7:17, 8:12
**pretty** [1] - 4:10
**previous** [1] - 10:2
**prison** [1] - 3:4
**probable** [5] - 7:15, 8:4, 8:11, 8:12
**proceeding** [1] - 15:25

**proceedings** [2] - 18:23, 19:4
**PROCEEDINGS** [3] - 1:10, 1:24, 3:1
**process** [1] - 18:3
**produce** [1] - 12:25
**PRODUCED** [1] - 1:25
**pronounce** [2] - 5:1, 6:23
**property** [1] - 17:10
**prosecution** [2] - 12:8, 12:10
**prove** [1] - 12:2
**provided** [4] - 6:3, 6:15, 7:14
**providing** [1] - 13:3
**publicly** [1] - 4:2

**Q**

**qualified** [4] - 13:8, 13:11, 13:18, 13:24
**qualified-immunity** [1] - 13:8
**quite** [1] - 10:25

**R**

**raised** [1] - 13:11
**Randall** [1] - 1:15
**rapidly** [1] - 4:6
**rather** [3] - 4:6, 10:1, 17:17
**ratification** [4] - 11:2, 11:9, 12:4
**RDR** [2] - 2:2, 19:8
**reach** [1] - 17:3
**read** [1] - 17:17
**reading** [1] - 17:15
**ready** [2] - 7:3, 17:3
**reality** [1] - 15:15
**really** [3] - 5:4, 15:20, 17:21
**reasonable** [1] - 7:1
**recently** [1] - 13:5
**recited** [1] - 3:21
**record** [1] - 19:4
**RECORDED** [1] - 1:24
**records** [8] - 4:14, 4:15, 12:2, 13:1, 15:7, 15:15
**referring** [2] - 11:18, 11:23
**regard** [1] - 7:9
**regarding** [3] - 12:10, 13:19, 15:22
**regardless** [2] - 7:16, 8:5
**regards** [4] - 7:13, 11:17, 12:6, 13:2
**relate** [1] - 11:24
**related** [1] - 14:18
**relatively** [1] - 13:19
**reply** [2] - 5:24, 17:2
**report** [1] - 10:21
**REPORTER** [1] - 2:1
**request** [2] - 11:12, 15:19
**requirements** [1] - 12:1
**residents** [1] - 12:21
**respectfully** [1] - 11:12
**respond** [3] - 9:2, 14:20, 14:22
**responded** [2] - 9:3, 14:17, 17:1
**response** [5] - 9:3, 9:5, 9:22, 16:24
**rest** [1] - 17:20

**review** [2] - 13:21, 14:4
**rid** [3] - 10:7, 14:2, 14:12
**rights** [3] - 8:2, 8:7, 8:16
**ripe** [1] - 10:25
**Room** [1] - 2:2
**roughly** [1] - 18:12
**rule** [2] - 5:25, 18:6
**ruling** [1] - 7:3
**rural** [1] - 5:13
**Rusk** [1] - 2:2

**S**

**saw** [1] - 11:19
**school** [1] - 5:4
**second** [2] - 4:3, 9:8
**see** [6] - 4:4, 6:2, 6:14, 7:19, 16:18, 18:15
**sending** [1] - 3:4
**sentence** [3] - 18:6, 18:10, 18:11
**September** [3] - 1:7, 3:2, 9:19
**sets** [1] - 3:21
**settle** [1] - 6:22
**shift** [1] - 4:1
**shooting** [1] - 8:18
**show** [9] - 7:15, 8:10, 12:13, 12:16, 12:17, 12:19, 15:4, 16:11, 16:14
**shown** [1] - 12:15
**shows** [1] - 14:15
**side** [2] - 14:14, 15:24
**similar** [2] - 13:1, 18:12
**similarity** [1] - 12:1
**sit** [1] - 3:11
**sitting** [3] - 4:15, 4:16, 14:10
**slow** [1] - 18:3
**snap** [1] - 14:12
**someone** [1] - 4:1
**sometimes** [1] - 17:11
**somewhere** [1] - 18:14
**sorry** [2] - 17:7, 18:2
**sort** [1] - 5:15
**SOUTHERN** [1] - 1:2
**Spanish** [1] - 5:8
**specific** [2] - 8:5, 12:12
**specificity** [1] - 12:1
**stage** [6] - 5:23, 10:6, 10:13, 11:11, 12:3
**stand** [2] - 7:18, 8:17
**stands** [1] - 11:18
**start** [2] - 12:5, 17:15
**state** [2] - 4:9, 13:5
**States** [1] - 13:23
**STATES** [1] - 1:1
**STENOGRAPHIC** [1] - 1:24
**still** [6] - 4:15, 11:2, 11:18, 15:23, 16:1, 16:4
**straight** [1] - 4:8
**Street** [2] - 1:16, 1:21
**street** [1] - 4:21
**strong** [1] - 15:25

**submitted** [1] - 13:20
**subsequent** [1] - 12:7
**substantively** [1] - 6:12
**succeeded** [1] - 15:18
**summary** [1] - 11:14
**supplement** [1] - 16:23
**support** [2] - 8:12, 16:6
**supposed** [1] - 18:7
**Supreme** [1] - 13:6
**surprised** [1] - 5:6
**survive** [1] - 13:7
**suspect** [1] - 12:20

## T

**table** [1] - 17:6
**teachers** [1] - 5:7
**teaser** [1] - 5:4
**ten** [1] - 14:20
**term** [1] - 10:16
**Texans** [1] - 8:22
**TEXAS** [1] - 1:2
**Texas** [5] - 1:7, 1:16, 1:22, 2:3, 15:7
**THE** [53] - 1:11, 1:14, 1:18, 3:3, 3:8,
   3:11, 3:16, 3:25, 4:9, 4:18, 4:24, 5:1,
   5:3, 5:6, 5:13, 5:20, 6:8, 6:11, 6:19,
   6:21, 6:25, 7:4, 7:10, 7:19, 7:23, 8:8,
   8:18, 8:20, 8:22, 8:25, 9:2, 9:16,
   10:10, 10:15, 10:22, 11:16, 12:20,
   13:15, 14:6, 14:17, 15:1, 15:14, 15:18,
   15:20, 16:20, 16:23, 17:3, 17:9, 17:11,
   17:18, 17:20, 17:24, 18:2
**themselves** [1] - 3:18
**therefore** [1] - 7:16
**they've** [3] - 14:3, 14:10, 14:15
**thinking** [3] - 13:25, 14:11, 14:13
**thoughtfully** [1] - 18:4
**three** [2] - 5:10, 6:9
**timely** [2] - 9:22, 14:20
**timers** [1] - 18:17
**took** [3] - 5:7, 5:8, 5:10
**tough** [1] - 3:3
**towards** [1] - 4:6
**train** [5] - 12:5, 12:6, 12:11, 12:14
**trained** [1] - 3:16
**training** [1] - 11:1
**transcript** [1] - 19:3
**TRANSCRIPT** [2] - 1:10, 1:25
**TRANSCRIPTION** [1] - 1:25
**tried** [2] - 15:14, 17:8
**truly** [1] - 4:13
**try** [1] - 16:2
**two** [3] - 7:20, 17:14, 18:8

## U

**unauthorized** [1] - 8:14
**under** [1] - 6:4
**unfortunately** [2] - 4:13, 15:6
**uniform** [1] - 4:3

**UNITED** [1] - 1:1
**United** [1] - 13:23
**up** [5] - 5:11, 6:14, 18:6, 18:11, 18:15
**upsetting** [1] - 4:13

## V

**violated** [4] - 7:21, 8:2, 8:7, 8:16
**violation** [4] - 7:18, 16:13, 16:15, 16:18
**vocabulary** [1] - 5:19
**VS** [1] - 1:6

## W

**wait** [1] - 9:8
**Washington** [1] - 15:15
**weakest** [1] - 15:7
**week** [4] - 9:14, 9:15, 9:21, 9:22
**weeks** [1] - 17:14
**whole** [2] - 13:23, 17:17
**wholly** [1] - 11:5
**withstand** [1] - 16:3
**witness** [1] - 3:18
**words** [1] - 11:6
**worrying** [1] - 4:20
**write** [1] - 5:15
**written** [1] - 16:20

## Y

**years** [1] - 13:1
**you-all** [2] - 6:21, 10:20